

1983

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

Inmate Identification Number: 204880-S77A

William Neal Lucy

(Enter above the full name of the plaintiff
in this action)

**NOTICE TO FILING PARTY**

*It is your responsibility to notify the clerk in writing of any address change.*

*Failure to notify the clerk may result in dismissal of your case without further notice.*

FILED
2016 DEC 22  A 11: 46
U.S. DISTRICT COURT
N.D. OF ALABAMA

vs.

John Grow II - Attorney at Law
326 Sage Ave - Mobile, AL.

CV-16-K-2058-S

(Enter above full name(s) of the defendant(s)
in this action)

I.  Previous lawsuits

    A.  Have you begun other lawsuits in state or federal court(s) dealing with the
        same facts involved in this action or otherwise relating to your imprisonment?
        Yes (   )        No ( ✓ )

    B.  If the answer to (A) is "yes," describe each lawsuit in the space below. (If there is more
        than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the
        same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff: _____ N/A _____

            Defendant(s): _____ N/A _____

2

2. Court (if Federal Court, name the district; if State Court, name the county) ___N/A___

3. Docket number ___N/A___

4. Name of judge to whom case was assigned ___N/A___

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) ___N/A___

6. Approximate date of filing lawsuit ___N/A___

7. Approximate date of disposition ___N/A___

II. Place of present confinement _____

   A. Is there a prisoner grievance procedure in this institution?
   Yes ( )   No (✓)

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?   Yes ( )   No (✓)

   C. If your answer is YES:

   1. What steps did you take? ___N/A___

   2. What was the result? ___N/A___

   D. If your answer is NO, explain why not: ___N/A___

3

III.   Parties.

In item (A) below, place your name in the first blank and place your present address in the second blank.

A.   Name of Plaintiff(s) _WILLIAM NEAL LUCY_
     _AIS # 204880 - 57A_
     Address _3800 FOUNTAIN CORRECTIONAL FACILITY_
     _ATMORE, AL. 36503_

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item (C) for the names, positions, and places of employment of any additional defendants.

B.   Defendant _JOHN GROW II_
     Is employed as _ATTORNEY_
     at _JOHN GROW II ATTORNEY AT LAW_

C.   Additional Defendants _____

IV.   Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. <u>Do not give any legal arguments or cite any cases or statues.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

THIS CLAIM IS FOR LEGAL MALPRACTICE - MR JOHN GROW REPRESENTED ME ON DIRECT APPEAL IN CRIMINAL CASE NO: CC13-5332. THE TRIAL ATTORNEY MADE SURE PERTINENT FACTS IN THIS CASE WAS PRESERVED FOR APPELLATE REVIEW. THESE FACTS ARE SO STRONG THAT HAD MR. GROW NOT BROUGHT THEM OUT ON APPEAL, THIS

4

PLAINTIFF WOULD NOT BE IN PRISON. THESE FACTS CONSIST OF THE CASE ACTION SUMMARY OF CASE NO: CC13-5332 SHOWING THIS PLAINTIFF HAVE NEVER BEEN ARRAIGNED IN THIS CASE; CASE ACTION SUMMARY FROM CIVIL ACTION FILED BY THIS PLAINTIFF AS PLAINTIFF AND THE TRIAL JUDGE (SEE ATTACHED SHEET)

V. **RELIEF** FACTS OF CASE CONT.

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

PLAINTIFF SEEK DAMAGES AS FOLLOW:
THIRTY MILLION DOLLARS PUNITIVE DAMAGES AND THIRTY MILLION DOLLARS COMPENSATORY DAMAGES PLUS COSTS AND FEES.
PLAINTIFF DEMANDS JURY TRIAL.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on DECEMBER 18, 2016

SIGNATURE [signed]

ADDRESS 3800 FOUNTAIN
FOUNTAIN CORRECTIONAL FACILITY
ATMORE, AL. 36503

AIS # 204880 - J 77A

## FACTS OF CASE CONTINUED →

JUDGE JOSEPH JOHNSTON WAS THE DEFENDANT AND WERE PENDING IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA SOUTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION... CASE NO: 1:14-CV-00185-CG-B. THIS CASE WAS BEING REVIEWED BY THE FEDERAL DISTRICT COURT ON THE VERY SAME DAY AS PLAINTIFF'S TRIAL WERE BEING HELD IN THE MOBILE COUNTY CIRCUIT COURT AND JUDGE JOHNSTON WAS TRIAL JUDGE. CASE NO. #1:14-CV-0185-CG-B WAS AGAIN BEING REVIED BY THE U.S. DISTRICT COURT AGAIN ON THE DAY THIS PLAINTIFF WAS SENTENCED TO PRISON (JAN. 26, 2015) AND MOBILE COUNTY CIRCUIT JUDGE JOSEPH JOHNSTON WAS SENTENING JUDGE. MR. GROW ALSO FAILED TO RAISE THE ISSUE THE THE TRIAL JUDGE PLACED A JUROR (MRS. JEFCOATE) BACK ON THE JURY AFTER SHE WAS STRICKEN DURING JURY SELECTION BECAUSE HER HUSBAN IS FIRST COUSIN TO ONE OF THE MOBILE COUNTY DISTRICT ATTORNEY'S... PLAINTIFF WAS DENIED THE RIGHT TO CALL WITNESSES ON HIS BEHALF. AS SUBPOENAED 14 WITNESSES FOR HIS TRIAL... All 14 SUBPOENAS WERE QUASHED BY JUDGE JOHNSTON... All DOCUMENTED EVIDENCE SUBMITTED BY PLAINTIFF AT TRIAL WAS ORDERED BY JUDGE JOHNSTON TO LABELED AS EXHIBITS AND KEPT FROM THE JURY. DOCUMENTS LIKE THE FEDERAL CASE ACTION SUMMARY LISTED IN CASE ABOVE... THESE DOCUMENTS WOULD CLEARLY HAVE MADE A DIFFERENCE IN THE OUT-COME OF THE TRIAL. MR. NOT ONLY FAILED TO RAISE ANY OF THESE ISSUES ON APPEAL AND REFUSED TO COMMUNICATE WITH HIS CLIENT BUT HE WENT SO FAR AS TO TAKE STEPS IT SEEMS TO BLOCK EFFORTS BY THIS PLAINTIFF (HIS CLIENT) TO AMEND THE APPEAL TO INCLUDE THESE FACTS AND EVIDENCE; THEN MR. GROW FILED A MOTION TO BE ALLOWED TO QUIT THE CASE... IT WAS GRANTED. PLAINTIFF HAS BEEN IN PRISON NOW ALMOST TWO (2) YEARS TRYING TO UN-DO THE DAMAGE MR. GROW DONE TO THIS CASE ON DIRECT APPEAL.